Your Name: **John R. Fouts**

Address: 2904 Sitka Dr. L29 Louisville, KY  40299

Phone Number: (502) 956 - 0052

Fax Number: (502) 996 - 8246

E-mail Address: fouts.john@gmail.com

Pro Se Plaintiff

**FILED**

**DEC 18 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**AMO**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**CV24-09325**

| | |
|---|---|
| John R. Fouts, MBA, Pro Se Litigant, and JAF, Minor Child | Case Number    [leave blank] |
| Plaintiff, | |
| v. | **COMPLAINT** |
| Defendants: As listed in Exhibits A, B, and C. | |
| Defendant. | **DEMAND FOR JURY TRIAL** |
| | Yes ■    No ☐ |

## I.    PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: John R. Fouts, MBA, Pro Se Litigant, and JAF, Minor Child

Address: 2904 Sitka Dr. Louisville, KY  40299

Telephone: (502) 956 - 0052 |  Fax:  (502) 996 - 8246

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: See Exhibits A, B, and C for the complete list of defendants including their names, addresses, and roles.

Address: See Exhibits A, B, and C

Telephone: See Exhibits A, B, and C

Defendant 2:

Name:       See 1st Defendant above.

Address:    _____

Telephone:  _____

Defendant 3:

Name:       See 1st Defendant above.

Address:    _____

Telephone:  _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

■ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

Americans with Disabilities Act (ADA), Medicaid Act, SNAP Regulations, Civil Rights Act, and Federal Procedural Laws.

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

I live in this district.

■ at least one defendant is located in this District and any other defendants are located in California.

IV.    **INTRADISTRICT ASSIGNMENT**

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

1. Because this lawsuit arose in ___Jefferson (KY) - See Plaintiff Stmt of Venue___ County, it should be assigned to the ___Northern District of California___ Division of this Court.

V.    **STATEMENT OF FACTS**

Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.

For a full and detailed statement of facts, please see the attached Motion for Emergency Preliminary Injunction and Emergency Injunction and Permanent Protective and Restraining Orders documents, which are incorporated by reference.

1  **VI.    CLAIMS**

2                                **First Claim**

3  Name the law or right violated:

4  Laws Violated: Americans with Disabilities Act (ADA), Medicaid Act, SNAP Regulations, Civil Rights Act, Defamation, and State/Federal Procedural Laws.

5  Name the defendants who violated it:

6  Defendants: See Defendants listed in Exhibits A, B, and C and accompanying Motion.

7  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

8  do not need to make legal arguments. You can refer to your statement of facts.

9  For a detailed explanation of the laws violated, each defendant's actions, and the resulting harm,

10  please see the attached Motion for Emergency Preliminary Injunction and Emergency Injunction

11  and Permanent Protective and Restraining Orders documents, which are incorporated by reference.

12  These documents provide a full legal basis for claims of systemic medical neglect, ADA violations,

13  falsification of records, defamation, and procedural violations.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

_____ **Claim**

2    Name the law or right violated:

3    Laws Violated: Americans with Disabilities Act (ADA), Medicaid Act, SNAP Regulations, Civil Rights Act, Defamation, and State/Federal Procedural Laws.

4    Name the defendants who violated it:

5    Defendants: See Defendants listed in Exhibits A, B, and C and accompanying Motion.

6

7    For a detailed explanation of the laws violated, each defendant's actions, and the resulting harm,

8    please see the attached Motion for Emergency Preliminary Injunction and Emergency Injunction

9    and Permanent Protective and Restraining Orders documents, which are incorporated by reference.

10   These documents provide a full legal basis for claims of systemic medical neglect, ADA violations,

11   falsification of records, defamation, and procedural violations.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VII.    DEMAND FOR RELIEF**

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

Please see the Relief Section of the attached Motion, and the attached Emergency Injunction and Permanent Protective and Restraining Order documents for a complete list of requested relief.

**VIII.    DEMAND FOR JURY TRIAL**

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 12/17/2024    Sign Name: *John R. Fouts*

Print Name: John R. Fouts

1    Copy this page and insert it where you need additional space.

2    _____

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____

26    _____

27    _____

28    _____